J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

E-FILED 03/28/2013

JS-6

Javier Sanchez, an individual and
d/b/a Amazon.com Seller JASADvDs
*jasa3180@yahoo.com*
8 E. Madison St.
E. Islip, NY 11730
Telephone:  (631) 487-3267

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No.: CV13-0872 GHK (AJWx) |
| Plaintiff, | [PROPOSED] CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Javier Sanchez, an individual and d/b/a Amazon.com Seller JASADvDs and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Javier Sanchez, an individual and d/b/a Amazon.com Seller JASADvDs ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

within action as follows:

1)     This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)     Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)     Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)     Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a)     Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download,

distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

1    11)    This Court shall retain jurisdiction over Defendant for the purpose of making

2    further orders necessary or proper for the construction or modification of this consent

3    decree and judgment; the enforcement hereof; the punishment of any violations

4    hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this

5    action.

6    DATED: 3/28/13

7

8                                                    Hon. George H. King
                                                     United States District Judge
9

10   PRESENTED BY:

11   J. Andrew Coombs, A Prof. Corp.

12   By:  /s/ Annie S. Wang
13        J. Andrew Coombs
          Annie S. Wang
14   Attorneys for Plaintiff Warner Bros. Home
     Entertainment Inc.
15
     Javier Sanchez, an individual
16   and d/b/a Amazon.com Seller JASADvDs

17
     By:  Javier Sanchez
18        Javier Sanchez
19   Defendant, in pro se

20

21

22

23

24

25

26

27

28

# EXHIBIT A
## COPYRIGHT REGISTRATIONS

| Registration No. | Description | Copyright Claimant |
|---|---|---|
| PA 1-755-219 | Arthur | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-739-350 | Green Lantern | WBEI |
| PA 1-745-270 | Hall Pass | New Line Productions, Inc. ("NLPI") |
| PA 1-749-406 | Hereafter | Warner Bros. Pictures |
| PA 1-775-402 | Horrible Bosses | NLPI |
| PA 1-825-734 | Journey 2: The Mysterious Island | WBEI |
| PA 1-709-858 | Legend of the Guardians: The Owls of Ga'hoole | GOG Productions Pty Ltd. |
| PA 1-771-915 | Sherlock Holmes: A Game of Shadows | WV Films IV LLC |
| PA 1-735-984 | Sucker Punch | WBEI and Legendary Pictures |
| PA 165-911 | The Book of Eli | Alcon Film Fund, LLC |
| PA 1-722-187 | The Town | WBEI |
| PA 1-026-246 | BATMAN BEYOND: Rebirth Part 1 | WBEI |
| PA 1-026-245 | BATMAN BEYOND: Rebirth Part 2 | WBEI |
| PA 1-026-247 | BATMAN BEYOND: Black Out | WBEI |
| PA 1-026-248 | BATMAN BEYOND: Golem | WBEI |
| PA 1-026-239 | BATMAN BEYOND: Meltdown | WBEI |
| PA 1-026-238 | BATMAN BEYOND: Heroes | WBEI |
| PA 1-026-244 | BATMAN BEYOND: Shriek | WBEI |
| PA 1-026-250 | BATMAN BEYOND: Dead Man's Hand | WBEI |
| PA 1-026-249 | BATMAN BEYOND: The Winning Edge | WBEI |
| PA 1-026-240 | BATMAN BEYOND: Spellbound | WBEI |
| PA 1-026-243 | BATMAN BEYOND: Disappearing Inque | WBEI |

| PA 1-026-241 | BATMAN BEYOND: A Touch Of Curare | WBEI |
|---|---|---|
| PA 1-026-242 | BATMAN BEYOND: Ascension | WBEI |
| PA 1-029-068 | BATMAN BEYOND: Splicers | WBEI |
| PA 1-029-071 | BATMAN BEYOND: Earth Mover | WBEI |
| PA 1-029-085 | BATMAN BEYOND: Joyride | WBEI |
| PA 1-029-067 | BATMAN BEYOND: Lost Soul | WBEI |
| PA 1-029-065 | BATMAN BEYOND: Hidden Agenda | WBEI |
| PA 1-029-066 | BATMAN BEYOND: Bloodsport | WBEI |
| PA 1-029-064 | BATMAN BEYOND: Once Burned | WBEI |
| PA 1-029-063 | BATMAN BEYOND: Hooked Up | WBEI |
| PA 1-029-070 | BATMAN BEYOND: Rats | WBEI |
| PA 1-029-069 | BATMAN BEYOND: Mind Games | WBEI |
| PA 1-029-054 | BATMAN BEYOND: Revenant | WBEI |
| PA 1-029-055 | BATMAN BEYOND: Babel | WBEI |
| PA 1-029-074 | BATMAN BEYOND: Terry's Friend Dates A Robot | WBEI |
| PA 1-029-084 | BATMAN BEYOND: Eyewitness | WBEI |
| PA 1-029-083 | BATMAN BEYOND: Final Cut | WBEI |
| PA 1-029-080 | BATMAN BEYOND: The Last Resort | WBEI |
| PA 1-029-075 | BATMAN BEYOND: Armory | WBEI |
| PA 1-029-076 | BATMAN BEYOND: Sneak Peek | WBEI |
| PA 1-029-077 | BATMAN BEYOND: The Eggbaby | WBEI |
| PA 1-029-081 | BATMAN BEYOND: Zeta | WBEI |
| PA 1-029-082 | BATMAN BEYOND: Plague | WBEI |
| PA 1-029-078 | BATMAN BEYOND: April Moon | WBEI |
| PA 1-029-086 | BATMAN BEYOND: Sentries Of The Last Cosmos | WBEI |
| PA 1-029-079 | BATMAN BEYOND: Playback | WBEI |
| PA 1-029-073 | BATMAN BEYOND: Where's Terry | WBEI |
| PA 1-029-072 | BATMAN BEYOND: Ace In The Hole | WBEI |
| PA 1-119-908 | BATMAN BEYOND: King's Ransom | WBEI |
| PA 1-119-523 | BATMAN BEYOND: Untouchable | WBEI |
| PA 1-119-528 | BATMAN BEYOND: Inqueling | WBEI |
| PA 1-119-527 | BATMAN BEYOND: Big Time | WBEI |

| PA 1-119-907 | BATMAN BEYOND: Out Of The Past | WBEI |
|---|---|---|
| PA 1-119-530 | BATMAN BEYOND: Speak No Evil | WBEI |
| PA 1-119-524 | BATMAN BEYOND: The Call Part 1 | WBEI |
| PA 1-119-532 | BATMAN BEYOND: The Call Part 2 | WBEI |
| PA 1-119-529 | BATMAN BEYOND: Betrayal | WBEI |
| PA 1-119-533 | BATMAN BEYOND: The Curse Of The Kobra Part 1 | WBEI |
| PA 1-119-909 | BATMAN BEYOND: The Curse Of The Kobra Part 2 | WBEI |
| PA 1-119-910 | BATMAN BEYOND: Countdown | WBEI |
| PA 1-122-041 | BATMAN BEYOND: Unmasked | WBEI |
| PA 1-320-979 | BIG LOVE: The Pilot | Home Box Office, Inc. ("HBO") |
| PA 1-319-374 | BIG LOVE: Viagra Blue | HBO |
| PA 1-319-373 | BIG LOVE: Home Invasion | HBO |
| PA 1-320-982 | BIG LOVE: Eclipse | HBO |
| PA 1-320-983 | BIG LOVE: Affair | HBO |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | HBO |
| PA 1-320-985 | BIG LOVE: Eviction | HBO |
| PA 1-325-915 | BIG LOVE: Easter | HBO |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | HBO |
| PA 1-320-978 | BIG LOVE: The Baptism | HBO |
| PA 1-320-139 | BIG LOVE: Where There's A Will | HBO |
| PA 1-340-778 | BIG LOVE: The Ceremony | HBO |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | HBO |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |

| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
|---|---|---|
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |

| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
|---|---|---|
| PA 1-304-699 | ROME: The Stolen Eagle | HBO |
| PA 1-304-700 | ROME: How Titus Pullo Brought Down The Republic | HBO |
| PA 1-304-697 | ROME: An Owl In A Thornbush | HBO |
| PA 1-297-580 | ROME: Stealing From Saturn | HBO |
| PA 1-297-569 | ROME: The Ram Has Touched The Wall | HBO |
| PA 1-297-601 | ROME: Egeria | HBO |
| PA 1-297-749 | ROME: Pharsalus | HBO |
| PA 1-313-507 | ROME: Caesarion | HBO |
| PA 1-305-873 | ROME: Utica | HBO |
| PA 1-305-875 | ROME: Triumph | HBO |
| PA 1-305-876 | ROME: The Spoils | HBO |
| PA 1-305-927 | ROME: Kalends Of February | HBO |
| PA 1-363-902 | ROME: Passover | HBO |
| PA 1-363-908 | ROME: Son Of Hades | HBO |
| PA 1-363-906 | ROME: These Being The Words Of Marcus Tullius Cicero | HBO |
| PA 1-363-903 | ROME: Testudo Et Lepus (The Tortiose and the Hare) | HBO |
| PA 1-364-007 | ROME: Heroes Of The Republic | HBO |
| PA 1-369-052 | ROME: Philippi | HBO |
| PA 1-369-054 | ROME: Death Mask | HBO |
| PA 1-379-528 | ROME: A Necessary Fiction | HBO |
| PA 1-379-531 | ROME: Deus Impeditio Esuritori Nullus (No God Can Stop a Hungry Man) | HBO |
| PA 1-379-527 | ROME: De Patre Vostro (About Your Father) | HBO |
| PA 1-622-014 | SUPERNATURAL: Pilot | WBEI |
| PA 1-622-006 | SUPERNATURAL: Wendigo | WBEI |
| PA 1-622-010 | SUPERNATURAL: Dead In The Water | WBEI |
| PA 1-622-003 | SUPERNATURAL: Phantom Traveler | WBEI |
| PA 1-622-012 | SUPERNATURAL: Bloody Mary | WBEI |
| PA 1-622-004 | SUPERNATURAL: Skin | WBEI |
| PA 1-622-007 | SUPERNATURAL: HookMan | WBEI |

| PA 1-621-991 | SUPERNATURAL: Bugs | WBEI |
|---|---|---|
| PA 1-622-002 | SUPERNATURAL: Home | WBEI |
| PA 1-622-000 | SUPERNATURAL: Asylum | WBEI |
| PA 1-621-996 | SUPERNATURAL: Scarecrow | WBEI |
| PA 1-621-999 | SUPERNATURAL: Faith | WBEI |
| PA 1-621-998 | SUPERNATURAL: Route 666 | WBEI |
| PA 1-621-997 | SUPERNATURAL: Nightmare | WBEI |
| PA 1-621-993 | SUPERNATURAL: The Benders | WBEI |
| PA 1-622-015 | SUPERNATURAL: Shadow | WBEI |
| PA 1-621-992 | SUPERNATURAL: Hell House | WBEI |
| PA 1-622-005 | SUPERNATURAL: Something Wicked | WBEI |
| PA 1-621-990 | SUPERNATURAL: Provenance | WBEI |
| PA 1-622-009 | SUPERNATURAL: Dead Man's Blood | WBEI |
| PA 1-622-011 | SUPERNATURAL: Salvation | WBEI |
| PA 1-622-017 | SUPERNATURAL: Devil's Trap | WBEI |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO; Samax, Inc. ("SI") |

| | | |
|---|---|---|
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; SI |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |

| | | |
|---|---|---|
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |

| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
|---|---|---|
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |